**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GOLDMAN & BESLOW, LLC**
**Attorneys at Law**
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey  07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Luis Negron

Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EGLY N. VALENZUELA

　　Debtor

Case No.:    **18-21302**

Hearing Date:

Judge:    VFP

Chapter:    13

Recommended Local Form:    ☐ Followed    ☒ Modified

### ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby ORDERED.

**DATED: June 26, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to  7/11/2018  .

☐ Denied.

~~ORDERED that the time for the debtor file her Chapter 13 scheduled and plan be and hereby is extended for thirty (30) days from the date of this Order and it is further ordered that the debtor's Chapter 13 shall not be automatically dismissed on the 46th day after filing.~~