Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  18−21302−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Egly N Valenzuela
  360 River Road, Apt. B
  Nutley, NJ 07110

Social Security No.:
  xxx−xx−4504

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                8/2/18
Time:               10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 11, 2018
JAN: smz

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21302-VFP
Egly N Valenzuela                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                 Page 1 of 2                Date Rcvd: Jul 11, 2018
                                  Form ID: 132                Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
```
db             +Egly N Valenzuela,    360 River Road, Apt. B,    Nutley, NJ 07110-3613
cr             +GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.,    C/O TANA BUCCA, ESQ.,    STARK & STARK,
                 222 RIDGEDALE AVE,    CEDAR KNOLLS, NJ 07927-2110
517572074     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
517572073      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517572076      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517572075      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517572084     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance,    25505 West 12 Mile Road,
                 Southfield, MI 48034)
517572080      +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
517572079      +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
517572081      +Convergent Outsourcing, Inc,    Po Box 9004,    Renton, WA 98057-9004
517572083      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
517572082      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517572085       Credit Acceptance,    Silver Triangle Building,    25502 West Twelve Mile Road,
                 Southfield, MI 48034
517572086       Credit Acceptance c/o,    Morgan Bornstein & Morgan,    1236 Brace Road,    Suite K,
                 Cherry Hill, NJ 08034-3269
517572088   ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court: Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN 55101)
517572089       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517572090      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517572091      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517572092      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517572094      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517572093      +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
517572095      +Green Knoll Condominum Association c/o,    Stark and Stark,    993 Lenox Drive,
                 Lawrence Township, NJ 08648-2389
517572096      +Green Knolls Condominium Assocaition,    PO Box 364,    Hamburg, NJ 07419-0364
517572097      +Gren Knoll Condominium Association,    c/o Stark & Stark,    P.O. Box 5315,
                 Princeton, NJ 08543-5315
517572100      +Lincoln Automotive Financial Service,    Po Box Box 542000,    Omaha, NE 68154-8000
517572099      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
517572103      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
517572104       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517572105      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
517572106      +Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,    Greenville, SC 29606-6429
517572107      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2018 23:30:29     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2018 23:30:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517572078       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 23:34:33      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517572077      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 23:33:56      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517572087      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 11 2018 23:30:03     Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517572098       E-mail/Text: cio.bncmail@irs.gov Jul 11 2018 23:29:45     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
517572102      +E-mail/Text: clientservices@simonsagency.com Jul 11 2018 23:31:10      Simons Agency, Inc.,
                 4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517572101      +E-mail/Text: clientservices@simonsagency.com Jul 11 2018 23:31:10      Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-2          User: admin                    Page 2 of 2                  Date Rcvd: Jul 11, 2018
                              Form ID: 132                   Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Tana  Bucca    on behalf of Creditor     GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.
               tbucca@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```