Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–21302–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Egly N Valenzuela
360 River Road, Apt. B
Nutley, NJ 07110

Social Security No.:
xxx–xx–4504

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        9/6/18
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
David G. Beslow

COMMISSION OR FEES
$4634.28

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: August 14, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21302-VFP
Egly N Valenzuela                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Aug 14, 2018
                             Form ID: 137         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db           +Egly N Valenzuela,    360 River Road, Apt. B,    Nutley, NJ 07110-3613
cr           +GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.,    C/O TANA BUCCA, ESQ.,    STARK & STARK,
              222 RIDGEDALE AVE,    CEDAR KNOLLS, NJ 07927-2110
517572074    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
517572073    +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517572075    +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517572076    +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
517572084    ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court: Credit Acceptance,    25505 West 12 Mile Road,
              Southfield, MI 48034)
517572080    +Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886-1359
517572079    +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
517572081    +Convergent Outsourcing, Inc,    Po Box 9004,    Renton, WA 98057-9004
517572082    +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517572083    +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
517572085    Credit Acceptance,    Silver Triangle Building,    25502 West Twelve Mile Road,
              Southfield, MI 48034
517572086    Credit Acceptance c/o,    Morgan Bornstein & Morgan,    1236 Brace Road,    Suite K,
              Cherry Hill, NJ 08034-3269
517572088    ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Ditech,    332 Minnesota St Ste 610,    Saint Paul, MN 55101)
517572089    Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517572090    +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
517572092    +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
517572091    +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
517572094    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517572093    +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
517572095    +Green Knoll Condominium Association c/o,    Stark and Stark,    993 Lenox Drive,
              Lawrence Township, NJ 08648-2389
517572096    +Green Knolls Condominium Assocaition,    PO Box 364,    Hamburg, NJ 07419-0364
517657465    +Green Knolls Condominium Association Inc.,    c/o Stark & Stark,    Attention: Tana Bucca, Esq.,
              222 Ridgedale Avenue,    Cedar Knolls NJ 07927-2110
517572097    +Gren Knoll Condominium Association,    c/o Stark & Stark,    P.O. Box 5315,
              Princeton, NJ 08543-5315
517572100    +Lincoln Automotive Financial Service,    Po Box Box 542000,    Omaha, NE 68154-8000
517572099    +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
              Omaha, NE 68154-8000
517572103    +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
              Trenton, NJ 08602-0269
517572104    TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
517572105    +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19022-1370
517572106    ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
              Greenville, SC 29606)
517572107    +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2018 23:43:49    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2018 23:43:46    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517572078     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2018 23:47:28    Capital One,
              15000 Capital One Dr,    Richmond, VA 23238
517572077    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2018 23:47:28    Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517572087    +E-mail/Text: bankruptcy.bnc@ditech.com Aug 14 2018 23:43:10    Ditech,    Attn: Bankruptcy,
              Po Box 6172,    Rapid City, SD 57709-6172
517699332     E-mail/Text: bankruptcy.bnc@ditech.com Aug 14 2018 23:43:10    Ditech Financial LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154
517572098     E-mail/Text: cio.bncmail@irs.gov Aug 14 2018 23:42:55    Internal Revenue Service,
              P.O. Box 21126,    Philadelphia, PA 19114-0326
517697436     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2018 23:47:56
              Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
              Norfolk VA 23541
517688680    +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 14 2018 23:44:03    Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517572102    +E-mail/Text: clientservices@simonsagency.com Aug 14 2018 23:44:30    Simons Agency, Inc.,
              4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517572101    +E-mail/Text: clientservices@simonsagency.com Aug 14 2018 23:44:30    Simons Agency, Inc.,
              Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
                                                                                        TOTAL: 11

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Aug 14, 2018
                             Form ID: 137              Total Noticed: 43
```

```
                 ***** BYPASSED RECIPIENTS (continued) *****

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
            David G. Beslow    on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org,
              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
            Joseph H. Lemkin    on behalf of Creditor   GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.
              jlemkin@stark-stark.com
            Marie-Ann  Greenberg   magecf@magtrustee.com
            Mark  Goldman    on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org,
              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
            Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
            Tana  Bucca    on behalf of Creditor   GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.
              tbucca@stark-stark.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 7
```