UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey  07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on September 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EGLY N VALENZUELA

Debtor

Case No:  18-21302/VFP

Chapter 13

Judge:

# SECOND REVISED FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)

The relief set forth on the following page number two (2) is hereby ORDERED.

DATED: September 14, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

10

Debtor: Egly N Valenzuela
Chapter 13 Case#: 18-21302/VFP
Caption of Order: REVISED FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Goldman & Beslow, LLC., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtor is hereby allowed the sum of $ __6,479.28__ as his fee and $_____ for costs and expenses of which $ __1,845.00__ has already been received by said attorney and of which the balance of $ __4,634.28__ shall be paid by the Chapter 13 Standing Trustee to said attorney through the debtor (s) plan or in the event of dismissal of case, pursuant to an assignment of counsel fees executed by the debtors, in the event of a conversion of our matter and directly to debtor(s) counsel and it is further

ORDERED that the monthly payments in the plan is hereby increased to $750 for 57 months based on the attorney's fees.

United States Bankruptcy Court
District of New Jersey

In re:  
Egly N Valenzuela  
    Debtor

Case No. 18-21302-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 14, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.  
db       +Egly N Valenzuela,   360 River Road, Apt. B,   Nutley, NJ 07110-3613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:

      David G. Beslow   on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Joseph H. Lemkin   on behalf of Creditor   GREEN KNOLL CONDOMINIUM ASSOCIATION, INC. jlemkin@stark-stark.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Mark Goldman   on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com  
      Tana Bucca   on behalf of Creditor   GREEN KNOLL CONDOMINIUM ASSOCIATION, INC. tbucca@stark-stark.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 7