**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                                                   CASE NO.: 18-21302-VFP
                                                                                                    CHAPTER 13

Egly N Valenzuela ,

  Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

    **PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                                    RAS Crane, LLC
                                                    Authorized Agent for Secured Creditor
                                                    10700 Abbott's Bridge Road, Suite 170
                                                    Duluth, GA 30097
                                                    Telephone: 470-321-7112
                                                    Facsimile: 404-393-1425
                                                    By: /s/Laura Egerman
                                                    Laura Egerman, Esquire
                                                    Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 24, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

GOLDMAN & BESLOW, LLC
7 GLENWOOD AVENUE
STE 311B
EAST ORANGE, NJ  07017

EGLY N VALENZUELA
360 RIVER ROAD, APT. B
NUTLEY, NJ  07110

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD, SUITE 330
FAIRFIELD, NJ  07004

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

> RAS Crane, LLC
> Authorized Agent for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
> By: /s/Laura Egerman
> Laura Egerman, Esquire
> Email: legerman@rasnj.com