UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ronald Gellert (No. 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5800/ Fax: 302-425-5814
Email: rgellert@gsbblaw.com
Counsel to Citizens Bank, N.A.

**Order Filed on November 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Egly N. Valenzuela,

Debtor.

Case No.: 18-21302-VFP
Judge: Vincent F. Papalia
Hearing Date(s): 10-18-18 @11:00 am
Chapter: 13

Recommended Local Form     ☒ Followed     ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: November 13, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | Citizen's Bank, N.A. |
| Applicant's Counsel: | Ronald S. Gellert |
| Debtor's Counsel: | Mark Goldman |
| Property Involved ("Collateral"): | 2013 Ford Edge (VIN. 2FMDK4JC4DBB49166) |

Relief sought:   ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.   Status of post-petition arrearages:

☒   The Debtor is overdue for __5__ months, from __April 5, 2018__ to __August 5, 2018__.

☐   The Debtor is overdue for _____ payments at $_____ per month.

☐   The Debtor is assessed for _____ late charges at $_____ per month.

☐   Applicant acknowledges receipt of funds in the amount of $_____ received after the motion was filed.

Total Arrearages Due  $_____2,148.36_____.

2.   Debtor must cure all post-petition arrearages, as follows:

☒   Immediate payment shall be made in the amount of $____1469.72____. Payment shall be made no later than _____10/15/2018_____.

☐   Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $_____.

☐   Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☒    The amount of $_____537.09_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3.   Payments to the Secured Creditor shall be made to the following address(es):

☒   Immediate payment:     Citizen's Bank_____

1 Citizens Way_____

JCA115 Johnson, RI 02919_____

☐   Regular monthly payment:   _____

_____

_____

☐   Monthly cure payment:   _____

_____

_____

4.   In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

The fees and costs are payable:

☐ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☒ Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:  
Egly N Valenzuela  
    Debtor

Case No. 18-21302-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 13, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.  
db          +Egly N Valenzuela,    360 River Road, Apt. B,    Nutley, NJ 07110-3613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:  
       David G. Beslow    on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation  
        ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
       Joseph H. Lemkin    on behalf of Creditor    GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.  
        jlemkin@stark-stark.com  
       Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,  
        bkyecf@rasflaw.com;legerman@rasnj.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Mark Goldman    on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org,  
        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
       Ronald S. Gellert    on behalf of Creditor    Citizens Bank, N.A. rgellert@gsbblaw.com,  
        abrown@gsbblaw.com  
       Sindi Mncina    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY smncina@rascrane.com  
       Tana Bucca    on behalf of Creditor    GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.  
        tbucca@stark-stark.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                          TOTAL: 11