GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-21302

Re:  EGLY N VALENZUELA  
     360 RIVER ROAD, APT. B  
     NUTLEY,  NJ  07110

Atty:  GOLDMAN & BESLOW, LLC  
     ATTORNEYS AT LAW  
     7 GLENWOOD AVE, SUITE 311B  
     EAST ORANGE, NJ  07017

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/01/2018 | $100.00 | 5116419000 | 11/16/2018 | $968.00 | 5395929000 |

**Total Receipts: $1,068.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,068.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 143.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,634.28 | 100.00% | 1,009.82 | 3,624.46 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 432.75 | 100.00% | 0.00 | 432.75 |
| 0009 | CONVERGENT OUTSOURCING, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CREDIT ACCEPTANCE CORPORATION | VEHICLE SECURE | 1,280.12 | 100.00% | 0.00 | 1,280.12 |
| 0014 | CREDIT ACCEPTANCE C/O | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 17,130.80 | 100.00% | 0.00 | 17,130.80 |
| 0022 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 653.56 | 100.00% | 0.00 | 653.56 |
| 0023 | GREEN KNOLLS CONDIMINIUM ASSOC II | SECURED | 3,500.18 | 100.00% | 0.00 | 3,500.18 |
| 0026 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | LINCOLN AUTOMOTIVE FINANCIAL SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | WELLS FARGO BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | CITIZENS BANK | VEHICLE SECURE | 557.09 | 100.00% | 0.00 | 557.09 |
| 0039 | NOTCHVIEW PEDIATRICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | GREEN KNOLLS CONDIMINIUM ASSOC II | UNSECURED | 11,565.34 | 100.00% | 0.00 | 11,565.34 |
| 0041 | CITIZENS BANK | (NEW) Auto Agreed | 537.09 | 100.00% | 0.00 | 537.09 |

**Total Paid:  $1,153.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $1,068.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $1,153.50      =      Funds on Hand: $1,414.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.