UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, NJ 07017
(973) 677-9000

Mark Goldman, Esq. # MG8019
Attorney for Debtor(s)

Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Egly N. Valenzuela

Case No.: 18-21302

Chapter: 13

Judge: VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: February 19, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Goldman & Beslow, LLC _____, the applicant, is allowed a fee of $ _____ 300.00 _____ for services rendered and expenses in the amount of $_____ for a total of $ _____ 300.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2