Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−21302−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Egly N Valenzuela
 360 River Road, Apt. B
 Nutley, NJ 07110

Social Security No.:
 xxx−xx−4504

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/16/19 at 10:00 AM

to consider and act upon the following:

*53* − Creditor's Certification of Default filed by Ronald S. Gellert on behalf of Citizens Bank, N.A.. Objection deadline is 04/26/2019. (Attachments: # 1 Exhibit # 2 Certificate of Service) (Gellert, Ronald)

*54* − Certification in Opposition to (related document:53 Creditor's Certification of Default filed by Ronald S. Gellert on behalf of Citizens Bank, N.A.. Objection deadline is 04/26/2019. (Attachments: # 1 Exhibit # 2 Certificate of Service) filed by Creditor Citizens Bank, N.A.) filed by Mark Goldman on behalf of Egly N Valenzuela. (Goldman, Mark)

Dated: 4/25/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court