UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ronald Gellert (No. 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE  19801
Phone: (302) 425-5800
Fax: 302-425-5814
Email: rgellert@gsbblaw.com
*Counsel to Citizens Bank*

In Re:

 Egly N. Valenzuela

    Debtor

Case No.:    18-21302

Chapter:    13

Hearing Date:  5-16-19 at 10:00 a.m.

Judge:    Vincent F. Papalia.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐  Settled          ☒  Withdrawn

Matter: Citizen Bank N.A.'s Creditor's Certification of Default – D.I. 53

Date: May 15, 2019          */s/ Ronald S. Gellert*
                    Signature