Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−21302−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Egly N Valenzuela
   360 River Road, Apt. B
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−4504

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/19 at 10:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 2013 Ford Edge. Fee Amount $ 181. filed by Creditor Citizens Bank, N.A., 39 Order on Motion For Relief From Stay) filed by Ronald S. Gellert on behalf of Citizens Bank, N.A.. Objection deadline is 05/31/2019. (Attachments: # 1 Exhibit A − Order Entered 11−13−19 # 2 Exhibit B − Certification of Creditor Regarding Post Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Gellert, Ronald)

*59* − Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 2013 Ford Edge. Fee Amount $ 181. filed by Creditor Citizens Bank, N.A., 39 Order on Motion For Relief From Stay) filed by Ronald S. Gellert on behalf of Citizens Bank, N.A.. Objection deadline is 05/31/2019. (Attachments: # 1 Exhibit A − Order Entered 11−13−19 # 2 Exhibit B − Certification of Creditor Regarding Post Petition Payment History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Citizens Bank, N.A.) filed by David G. Beslow on behalf of Egly N Valenzuela. (Attachments: # 1 Exhibit) (Beslow, David)

Dated: 5/30/19

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court