Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−21302−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Egly N Valenzuela
   360 River Road, Apt. B
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−4504

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/19 at 10:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 2013 Ford Edge. Fee Amount $ 181. filed by Creditor Citizens Bank, N.A., 39 Order on Motion For Relief From Stay) filed by Ronald S. Gellert on behalf of Citizens Bank, N.A.. Objection deadline is 05/31/2019. (Attachments: # 1 Exhibit A − Order Entered 11−13−19 # 2 Exhibit B − Certification of Creditor Regarding Post Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Gellert, Ronald)

*59* − Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 2013 Ford Edge. Fee Amount $ 181. filed by Creditor Citizens Bank, N.A., 39 Order on Motion For Relief From Stay) filed by Ronald S. Gellert on behalf of Citizens Bank, N.A.. Objection deadline is 05/31/2019. (Attachments: # 1 Exhibit A − Order Entered 11−13−19 # 2 Exhibit B − Certification of Creditor Regarding Post Petition Payment History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Citizens Bank, N.A.) filed by David G. Beslow on behalf of Egly N Valenzuela. (Attachments: # 1 Exhibit) (Beslow, David)

Dated: 5/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Egly N Valenzuela
    Debtor

Case No. 18-21302-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 30, 2019
                       Form ID: ntchrgbk    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db          +Egly N Valenzuela,    360 River Road, Apt. B,    Nutley, NJ 07110-3613
cr         ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court:  Credit Acceptance Corporation,    25505 West 12 Mile Road,
               Southfield, MI  48034)
cr          +GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.,    C/O TANA BUCCA, ESQ.,    STARK & STARK,
               222 RIDGEDALE AVE,    CEDAR KNOLLS, NJ 07927-2110
cr          +WILMINGTON SAVINGS FUND SOCIETY,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    RAS Crane, LLC,
               10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              David G. Beslow    on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph H. Lemkin    on behalf of Creditor    GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.
               jlemkin@stark-stark.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Ronald S. Gellert    on behalf of Creditor    Citizens Bank, N.A. rgellert@gsbblaw.com,
               abrown@gsbblaw.com
              Sindi Mncina    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY smncina@rascrane.com
              Tana Bucca    on behalf of Creditor    GREEN KNOLL CONDOMINIUM ASSOCIATION, INC.
               tbucca@stark-stark.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11