UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ronald Gellert (No. 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE 19801
Phone: (302) 425-5800
Fax: 302-425-5814
Email: rgellert@gsbblaw.com
*Counsel to Citizens Bank, N.A..*

In Re:

Egly Valenzuela

      Debtor

Case No.:    18-21302-VFP

Chapter:    13

Hearing Date:    June 20, 2019 at 10:00 a.m.

Judge:    Vincent F. Papalia

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Citizens Bank's Certification of Default – D.I. 58

Date: June 14, 2019    */s/ Ronald S. Gellert*
    Signature