| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>GOLDMAN & BESLOW LLC<br>Attorneys at Law<br>7 Glenwood Avenue<br>Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000 (phone)<br>(973) 675-5886 (fax)<br><br>David G. Beslow, Esq. DGB-5300<br>Attorney for Debtor, Egly N Valenzuela | |
| In Re:<br><br><br>EGLY N VALENZUELA | Case No.: ___18-21302___<br><br>Judge: ___VFP___<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by ___Chapter 13 Trustee___,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I do not dispute the arrears set forth in the Trustee's certification. I will make a payment of $1617.00 next week. This will bring me completely current through June 2019. I respectfully request that the Court schedule a hearing on this matter. After paying $1617.00 next week I will make my July payment in the amount of $808.00 before July 31, 2019.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: June 24, 2019

/S/ Egly N Valenzuela
Debtor's Signature

Date: June 24, 2019

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*