GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-21302

Re:  EGLY N VALENZUELA  
     360 RIVER ROAD, APT. B  
     NUTLEY, NJ  07110

Atty:  GOLDMAN & BESLOW, LLC  
       ATTORNEYS AT LAW  
       7 GLENWOOD AVE, SUITE 311B  
       EAST ORANGE, NJ  07017

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/01/2018 | $100.00 | 5116419000 | 11/16/2018 | $968.00 | 5395929000 |
| 01/09/2019 | $750.00 | 5532891000 | 01/18/2019 | $750.00 | 5552974000 |
| 03/04/2019 | $808.00 | 5667401000 | 04/02/2019 | $808.00 | 5750175000 |
| 05/01/2019 | $808.00 | 5821213000 | 07/03/2019 | $808.00 | 5989806000 |
| 08/01/2019 | $808.00 | 6059820000 | 09/03/2019 | $828.00 | 6144149000 |
| 10/02/2019 | $828.00 | 6220173000 | 11/04/2019 | $828.00 | 6298995000 |
| 12/16/2019 | $828.00 | 6405776000 | 01/03/2020 | $828.00 | 6448555000 |

**Total Receipts: $10,748.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $10,748.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIZENS BANK | | | | | | | |
| | 09/16/2019 | $19.61 | 833,315 | | 09/16/2019 | $18.91 | 833,315 |
| | 10/21/2019 | $19.75 | 835,330 | | 10/21/2019 | $19.04 | 835,330 |
| | 11/18/2019 | $19.01 | 837,417 | | 11/18/2019 | $18.33 | 837,417 |
| | 12/16/2019 | $19.01 | 839,359 | | 12/16/2019 | $18.33 | 839,359 |
| CREDIT ACCEPTANCE CORPORATION | | | | | | | |
| | 08/19/2019 | $531.00 | 831,330 | | 09/16/2019 | $45.07 | 833,352 |
| | 10/21/2019 | $45.38 | 835,373 | | 11/18/2019 | $43.68 | 837,448 |
| | 12/16/2019 | $43.68 | 839,382 | | | | |
| GREEN KNOLLS CONDIMINIUM ASSOC INC | | | | | | | |
| | 08/19/2019 | $5.22 | 831,001 | | 09/16/2019 | $118.02 | 833,045 |
| | 10/21/2019 | $124.09 | 835,025 | | 11/18/2019 | $119.43 | 837,123 |
| | 12/16/2019 | $119.43 | 839,045 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FSB | | | | | | | |
| | 08/19/2019 | $25.53 | 830,661 | | 09/16/2019 | $577.60 | 832,737 |
| | 10/21/2019 | $607.32 | 834,698 | | 11/18/2019 | $584.50 | 836,814 |
| | 12/16/2019 | $584.50 | 838,754 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 517.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,934.28 | 100.00% | 4,934.28 | 0.00 |

**Chapter 13 Case # 18-21302**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 432.75 | 100.00% | 0.00 | 432.75 |
| 0009 | CONVERGENT OUTSOURCING, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CREDIT ACCEPTANCE CORPORATION | VEHICLE SECURE | 1,280.12 | 100.00% | 177.81 | 1,102.31 |
| 0014 | CREDIT ACCEPTANCE C/O | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WILMINGTON SAVINGS FUND SOCIETY F | MORTGAGE ARRE | 17,130.80 | 100.00% | 2,379.45 | 14,751.35 |
| 0022 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 653.56 | 100.00% | 0.00 | 653.56 |
| 0023 | GREEN KNOLLS CONDIMINIUM ASSOC II | SECURED | 3,500.18 | 100.00% | 486.19 | 3,013.99 |
| 0026 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | LINCOLN AUTOMOTIVE FINANCIAL SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | SIMONS AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | WELLS FARGO BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | CITIZENS BANK | VEHICLE SECURE | 557.09 | 100.00% | 77.38 | 479.71 |
| 0039 | NOTCHVIEW PEDIATRICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | GREEN KNOLLS CONDIMINIUM ASSOC II | UNSECURED | 11,565.34 | 100.00% | 0.00 | 11,565.34 |
| 0041 | CITIZENS BANK | (NEW) Auto Agreed | 537.09 | 100.00% | 74.61 | 462.48 |
| 0042 | CREDIT ACCEPTANCE CORPORATION | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $9,178.12**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $10,748.00    -    Paid to Claims: $3,726.44    -    Admin Costs Paid: $5,451.68    =    Funds on Hand: $1,569.88

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.