**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

EGLY N VALENZUELA,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  18-21302 VFP

**NOTICE OF RESERVE ON CLAIM**

Creditor:           GREEN KNOLLS CONDIMINIUM ASSOC INC
Trustee Claim #:    23
Court Claim #       3
Claimed Amount:     $3,500.18
Date Claim Filed:   07/23/2018

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  April 10, 2020

By:   /S/  Marie-Ann Greenberg
      Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

EGLY N VALENZUELA
360 RIVER ROAD, APT. B
NUTLEY, NJ    07110

GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ    07017

GREEN KNOLLS CONDIMINIUM ASSOC INC
STRK AND STRK AT TANA BUCCA
222 RIDGEDALE AVE
CEDAR KNOLLS, NJ    07927

GREEN KNOLLS CONDOMINIUM ASSOC INC
STARK AND STARK ATTN: JOSEPH H LEMKIN
PO BOX 5315
PRINCETON, NJ    08543

STARK AND STARK
222 RIDGEDALE AVE
CEDAR KNOLLS, NJ    07927