| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BECKER & POLIAKOFF, LLP<br>By: Ellen M. Goodman, Esquire<br>1776 On The Green<br>67 East Park Place Suite 800<br>Morristown, New Jersey 07960<br>P:(973) 898-6502<br>F:(973) 898-6506<br>Attorneys for Creditor Green Knoll<br>Condominium Association, Inc. | |
| In Re:<br><br>Egly N. Valenzuela,<br><br>                Debtor. | Case No.: 18-21302-VFP<br><br>Chapter: 13<br><br>Judge: Honorable Vincent F. Papalia |

**NOTICE OF APPEARANCE**

Please take notice in accordance with Fed. R, Bankr. P. 9010(b) that the undersigned enters an appearance in this case on behalf of Green Knoll Condominium Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS: Ellen M. Goodman, Esquire
                     Becker & Poliakoff, LLP
                     1776 On The Green
                     67 East Park Place Suite 800
                     Morristown, NJ 07960
                     Email: egoodman@beckerlawyers.com

    DOCUMENTS:
    ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.
    ☑ All documents and pleadings of any nature.

    Date: June 18, 2020                                              /s/ Ellen M. Goodman
                                                                                         Signature