B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Egly N. Valenzuela                        ,                    Case No. 18-21302-VFP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Becker & Poliakoff, LLP | Stark & Stark, P.C. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Green Knoll Condominium Association, Inc. c/o Becker & Poliakoff, LLP
1776 On The Green
67 East Park Place Suite 800
Morristown NJ 07960

Phone: 973-898-6502
Last Four Digits of Acct #: _____

Court Claim # (if known):  3
Amount of Claim:  $3,500.18
Date Claim Filed:  07/23/2018

Phone: 609-896-9060
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

N/A  - Same as above

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ellen M. Goodman                    Date: August 21, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.