UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311B
East Orange, New Jersey 07017
(973) 677-9000 (phone)
(973) 675-5886 (fax)
David G. Beslow, Esq. DGB-5300

Attorney for Debtor, Egly N Valenzuela

| | |
|---|---|
| In Re:<br><br>EGLY N VALENZUELA | Case No.: _____18-21302_____<br><br>Judge: _____VFP_____<br><br>Chapter: 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____, at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☒ Certification of Default filed by _____Credit Acceptance Corp._____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
I do not dispute the arrears set forth in the auto lender's default certification. I fell behind with payments but I have the ability to make ongoing car payments and a higher Trustee payment to catch up over the remaining life of my plan. I will file a modified plan requesting that my arrears be rolled into the Chapter 13 plan. I have paid $18,200.00 into my plan since filing bankruptcy in 2018.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: October 5, 2020                               /S/ Egly N Valenzuela
                                                    Debtor's Signature

Date: _____          _____
                                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*