Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  18−21302−VFP
    Chapter:  13
    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Egly N Valenzuela
   360 River Road, Apt. B
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−4504

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/5/20 at 10:00 AM

to consider and act upon the following:

**75** − Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 2015 Nissan Altima. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 10/5/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

**76** − Certification in Opposition to (related document:75 Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: 2015 Nissan Altima. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 10/5/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Credit Acceptance Corporation) filed by David G. Beslow on behalf of Egly N Valenzuela. (Beslow, David)

Dated: 10/6/20

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court