Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 18−21302−VFP
                          Chapter: 13
                          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Egly N Valenzuela
   360 River Road, Apt. B
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−4504

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 9, 2018.

On 10/05/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                     November 5, 2020
Time:                    08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 6, 2020
JAN: sjp

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 18-21302-VFP
Egly N Valenzuela     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Oct 06, 2020     Form ID: 185     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

@     Recipients marked '@' were noticed on Oct 09, 2020.

>     Recipients marked '>' were noticed on Oct 08, 2020.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Egly N Valenzuela, 360 River Road, Apt. B, Nutley, NJ 07110-3613 |
| @cr | + | GREEN KNOLL CONDOMINIUM ASSOCIATION, INC., C/O TANA BUCCA, ESQ., STARK & STARK, 222 RIDGEDALE AVE, CEDAR KNOLLS, NJ 07927-2110 |
| @cr | + | WILMINGTON SAVINGS FUND SOCIETY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| >cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| >517572074 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| >517572073 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| >517572076 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| >517572075 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| >517572085 | | Credit Acceptance, Silver Triangle Building, 25502 West Twelve Mile Road, Southfield, MI 48034 |
| >517572086 | | Credit Acceptance c/o, Morgan Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3269 |
| >517572088 | ++++ | DITECH, 332 MINNESOTA ST STE E610, SAINT PAUL MN 55101-1311 address filed with court:, Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101 |
| >517572087 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| >517699332 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| >517572089 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| >517572090 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| >517572091 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| >517572092 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| >517572094 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| >517572093 | + | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| >518934270 | + | Green Knoll Condominium Association, Inc., c/o Becker & Poliakoff LLP, 1776 on the Green, 67 East Park Place, Suite 800, Morristown, NJ 07960-7125 |
| >518934271 | + | Green Knoll Condominium Association, Inc., c/o Becker & Poliakoff LLP, 1776 on the Green, 67 East Park Place, Suite 800, Morristown, NJ 07960 Green Knoll Condominium Association, Inc 07960-712 |
| >517572095 | + | Green Knoll Condominum Association c/o, Stark and Stark, 993 Lenox Drive, Lawrence Township, NJ 08648-2389 |
| >517572096 | + | Green Knolls Condominium Assocaition, PO Box 364, Hamburg, NJ 07419-0364 |
| >517657465 | + | Green Knolls Condominium Association Inc., c/o Stark & Stark, Attention: Tana Bucca, Esq., 222 Ridgedale Avenue, Cedar Knolls NJ 07927-2110 |
| >517572097 | + | Gren Knoll Condominium Association, c/o Stark & Stark, P.O. Box 5315, Princeton, NJ 08543-5315 |
| >517572100 | + | Lincoln Automotive Financial Service, Po Box Box 542000, Omaha, NE 68154-8000 |
| >517572099 | + | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| >517572103 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| @517572104 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| >517572105 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| >517572106 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| >517572107 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| >517833318 | + | Wilmington Savings Fund Society, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| >517831585 | + | Wilmington Savings Fund Society,, Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| >517831586 | + | Wilmington Savings Fund Society,, Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042, Wilmington Savings |

Case 18-21302-VFP    Doc 84    Filed 10/09/20    Entered 11/06/20 12:45:42    Desc Main
Document    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2020 | Form ID: 185 | Total Noticed: 50 |

Fund Society, Selene Finance LP 77042-4546

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2020 22:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2020 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517572078 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2020 22:16:37 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517572080 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 06 2020 22:06:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 517572079 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 06 2020 22:06:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 517572084 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 06 2020 22:06:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 517572077 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 06 2020 22:17:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517572081 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 06 2020 22:07:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 517572083 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 06 2020 22:06:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 517572082 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 06 2020 22:06:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 517572098 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2020 22:06:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517697436 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2020 22:17:08 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517688680 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 06 2020 22:07:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517572101 | + | Email/Text: clientservices@simonsagency.com | Oct 06 2020 22:07:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 517572102 | + | Email/Text: clientservices@simonsagency.com | Oct 06 2020 22:07:00 | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2020 | Form ID: 185 | Total Noticed: 50 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com |
| Ellen Miriam Goodman | on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION  INC. egoodman@beckerlawyers.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joseph H. Lemkin | on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION  INC. jlemkin@stark-stark.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| Sindi Mncina | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY smncina@rascrane.com |
| Tana Bucca | on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION  INC. tbucca@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12