Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−21302−VFP
    Chapter: 13
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Egly N Valenzuela
   360 River Road, Apt. B
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−4504

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/6/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 6, 2020
JAN: jf

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 18-21302-VFP

Egly N Valenzuela    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Nov 06, 2020    Form ID: 148    Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Egly N Valenzuela, 360 River Road, Apt. B, Nutley, NJ 07110-3613 |
| cr | + | GREEN KNOLL CONDOMINIUM ASSOCIATION, INC., C/O TANA BUCCA, ESQ., STARK & STARK, 222 RIDGEDALE AVE, CEDAR KNOLLS, NJ 07927-2110 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517572085 | | Credit Acceptance, Silver Triangle Building, 25502 West Twelve Mile Road, Southfield, MI 48034 |
| 517572086 | | Credit Acceptance c/o, Morgan Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3269 |
| 517572088 | ++++ | DITECH, 332 MINNESOTA ST STE E610, SAINT PAUL MN 55101-1311 address filed with court:, Ditech, 332 Minnesota St Ste 610, Saint Paul, MN 55101 |
| 517572087 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 517699332 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517572089 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517572090 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 517572091 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 517572092 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 518934270 | + | Green Knoll Condominium Association, Inc., c/o Becker & Poliakoff LLP, 1776 on the Green, 67 East Park Place, Suite 800, Morristown, NJ 07960-7125 |
| 518934271 | + | Green Knoll Condominium Association, Inc., c/o Becker & Poliakoff LLP, 1776 on the Green, 67 East Park Place, Suite 800, Morristown, NJ 07960 Green Knoll Condominium Association, Inc 07960-712 |
| 517572095 | + | Green Knoll Condominum Association c/o, Stark and Stark, 993 Lenox Drive, Lawrence Township, NJ 08648-2389 |
| 517572096 | + | Green Knolls Condominium Assocaition, PO Box 364, Hamburg, NJ 07419-0364 |
| 517657465 | + | Green Knolls Condominium Association Inc., c/o Stark & Stark, Attention: Tana Bucca, Esq., 222 Ridgedale Avenue, Cedar Knolls NJ 07927-2110 |
| 517572097 | + | Gren Knoll Condominium Association, c/o Stark & Stark, P.O. Box 5315, Princeton, NJ 08543-5315 |
| 517572103 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 517572104 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 517572105 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 517833318 | + | Wilmington Savings Fund Society, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517831585 | + | Wilmington Savings Fund Society,, Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 517831586 | + | Wilmington Savings Fund Society,, Selene Finance LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042, Wilmington Savings Fund Society, Selene Finance LP 77042-4546 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517572074 | | EDI: BANKAMER.COM | Nov 07 2020 01:58:00 | Bank of America, Po Box 982238, El Paso, TX |

Case 18-21302-VFP    Doc 86    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 148 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | 79998 |
| 517572073 | + | EDI: BANKAMER.COM | Nov 07 2020 01:58:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517572075 | + | EDI: TSYS2.COM | Nov 07 2020 01:58:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517572076 | + | EDI: TSYS2.COM | Nov 07 2020 01:58:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517572078 | | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517572080 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 06 2020 21:33:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 517572079 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 06 2020 21:33:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 517572084 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 06 2020 21:33:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 517572077 | + | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517572081 | + | EDI: CONVERGENT.COM | Nov 07 2020 01:58:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 517572083 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 06 2020 21:33:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 517572082 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 06 2020 21:33:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 517572093 | + | EDI: AMINFOFP.COM | Nov 07 2020 01:58:00 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517572094 | + | EDI: AMINFOFP.COM | Nov 07 2020 01:58:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517572098 | | EDI: IRS.COM | Nov 07 2020 01:58:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 517572100 | + | EDI: FORD.COM | Nov 07 2020 01:58:00 | Lincoln Automotive Financial Service, Po Box Box 542000, Omaha, NE 68154-8000 |
| 517572099 | + | EDI: FORD.COM | Nov 07 2020 01:58:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 517697436 | | EDI: PRA.COM | Nov 07 2020 01:58:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517688680 | + | EDI: JEFFERSONCAP.COM | Nov 07 2020 01:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517572101 | + | Email/Text: clientservices@simonsagency.com | Nov 06 2020 21:35:00 | Simons Agency, Inc., Attn: Bankruptcy, 4963 Wintersweet Dr., Liverpool, NY 13088-2176 |
| 517572102 | + | Email/Text: clientservices@simonsagency.com | Nov 06 2020 21:35:00 | Simons Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 517572106 | | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 517572107 | + | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 25

Case 18-21302-VFP    Doc 86    Filed 11/08/20    Entered 11/09/20 00:22:28    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 148 | Total Noticed: 50 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Ellen Miriam Goodman | on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION INC. egoodman@beckerlawyers.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph H. Lemkin | on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION INC. jlemkin@stark-stark.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| Sindi Mncina | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY smncina@rascrane.com |
| Tana Bucca | on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION INC. tbucca@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12