UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Credit Acceptance Corporation
Our File No.: 51817
JM-5630

Order Filed on November 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Egly N. Valenzuela

| | |
|---|---|
| Case No.: | 18-21302 |
| Hearing Date: | 11/5/2020 |
| Judge: | VFP |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 10, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of _____ Credit Acceptance Corporation _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

☐    Real property more fully described as:

☑    Personal property more fully described as:

    2015 Nissan Altima
    Vehicle Identification Number
    1N4AL3AP0FC218848

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-21302-VFP |
| Egly N Valenzuela | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

**Recip ID         Recipient Name and Address**
db               + Egly N Valenzuela, 360 River Road, Apt. B, Nutley, NJ 07110-3613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

**Name**               **Email Address**

David G. Beslow
                       on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org
                       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Ellen Miriam Goodman
                       on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION  INC. egoodman@beckerlawyers.com

John R. Morton, Jr.
                       on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph H. Lemkin
                       on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION  INC. jlemkin@stark-stark.com

Laura M. Egerman
                       on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Debtor Egly N Valenzuela yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Ronald S. Gellert
    on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

Sindi Mncina
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY smncina@rascrane.com

Tana Bucca
    on behalf of Creditor GREEN KNOLL CONDOMINIUM ASSOCIATION  INC. tbucca@beckerlawyers.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12